# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## EASTERN DIVISION

U.S.A. vs. Vincent Bruce Jackson            Docket No. 4:95-CR-53-1F

### Petition for Action on Supervised Release

COMES NOW Tuell Waters, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Vincent Bruce Jackson, who, upon an earlier plea of guilty to Distribution of Cocaine Base and Aiding and Abetting in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on February 20, 1996, to the custody of the Bureau of Prisons for a term of 300 months. On July 2, 1996, the court amended the judgment to impose a term of 235 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 8 years under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

3. The defendant shall submit a written weekly report to the probation office, if not regularly employed, of attempts to secure gainful employment.

Vincent Bruce Jackson remains in custody and will be released to commence his term of supervised release on March 31, 2013.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 8, 2013, the Federal Bureau of Prisons wrote the United States Probation Office to inform that Jackson would be released from custody on March 31, 2013, without any residence or means of support. After investigating the matter, it appears that the defendant will be homeless upon his release to the Eastern District of North Carolina.

Vincent Bruce Jackson
Docket No. 4:95-CR-53-1F
Petition For Action
Page 2

Therefore, it is respectfully requested that the conditions of supervised release be modified to add the condition for placement in a residential reentry facility for a period not to exceed 180 days. This is to allow Jackson ample time to secure employment and establish a residence. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period not to exceed 180 days as arranged by the probation office and shall abide by the conditions of that program during said placement.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/Dwayne K. Benfield | /s/Tuell Waters |
| Dwayne K. Benfield | Tuell Waters |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 201 South Evans Street, Room 214 |
| | Greenville, NC 27858 |
| | Phone: 252-758-7200 |
| | Executed On: February 1, 2013 |

### ORDER OF COURT

Considered and ordered this __1st__ day of __February__, 2013, and ordered filed and made a part of the records in the above case.

James C. Fox
Senior U.S. District Judge